DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALICE MUI,**
Appellant,

v.

**ELYON GLOBAL INVESTMENT, LLC,** a Florida limited liability
company, **ELAINE COLPANI** and **GIOVANNI COLPANI,**
Appellees.

No. 4D18-2761

[May 2, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE 18-000116 (25).

Louis Arslanian, Hollywood, for appellant.

Richard M. Bales, Jr. and Jason Klein of Bales, Sommers & Klein, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE, JJ., and ROWE, CYMONIE, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***